14385.    PATTERSON *v.* PEOPLES LOAN & SAVINGS CO.

STEPHENS, J. This case is controlled by the answer of the Supreme Court to a certified question propounded by this court. 158 *Ga.* 503 (123 S. E. 704).

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED JULY 14, 1924.

Levy and claim; from Fulton superior court—Judge Bell. February 10, 1923.

*R. B. Blackburn,* for plaintiff.

*Etheridge, Sams & Etheridge,* contra.